



**License Type:** Insurance Producer

This document may serve in lieu of a Letter of Certification.

## Licensee Demographics

**Name:** DRAKE, KEVIN M
**NPN:** 6520015
**Domicile State:** Wisconsin
**Domicile Country:** United States
**Resident?:** No
**Business Address:**
GREEN BAY, WI 54344

## License Quick View

| License Class | License Status | Status Date | Effective Date | Expiration Date |
|---|---|---|---|---|
| Insurance Producer | Active | 11/17/2023 | 02/01/2024 | 01/31/2026 |

## Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Business Primary Phone | (877) 256-1640 |
| Fax Phone | (502) 385-2084 |

**Email**

| Type | E-mail |
|---|---|
| Business Email | KDRAKE@HUMANA.COM |

**Website**
No results found.

## License Information

**License Type:** Insurance Producer
**License Number:** 3000669084
**License Status:** Active
**First Active Date:** 10/02/2019
**Effective Date:** 02/01/2024
**Status Date:** 11/17/2023
**Expiration Date:** 01/31/2026
**Legacy License ID:**
**Designated Home State:**

## Line Of Authority

| Line Name | Qualification | School Code | Exam/Cert Date | Line Status | Status Date | Effective Date |
|---|---|---|---|---|---|---|
| Accident & Health or Sickness | Not Applicable | | 10/02/2019 | Approved | 11/17/2023 | 10/02/2019 |

## Alias Names

No results found.

## Designated Responsible Licensed Producer

No results found.

## Continuing Education Information

Continuing Education is not required for this license.

## Relationships

No results found.

## Appointments

No results found.

## Business Entity Affiliations

No results found.