UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CARLTON HARRISON, individually and On behalf of all others similarly situated, <br><br> PLAINTIFF, <br><br> v. <br><br> HUMANA INC., <br><br> DEFENDANT. | Case No. 3:24-cv-262-GNS <br><br><br> *ELECTRONICALLY FILED* |

## JOINT STATUS REPORT

Plaintiff being represented by Yeremey O. Krivoshey and Aleksandr "Sasha" Litvinov of Smith Krivoshey, PC, and Defendant being represented by Seth H. Corthell and Akshay Soman of Jaszczuk P.C., hereby jointly notify the Court that the parties have reached a resolution in principle and are working on finalizing settlement terms. The parties anticipate filing a stipulation of dismissal within 45 days.

Dated April 7, 2025.

                                                                                        Respectfully submitted,

                                                                                        */s/ Aleksandr Litvinov*
                                                                                        Aleksandr "Sasha" Litvinov
                                                                                        (KY Bar No. 95598)
                                                                                        **SMITH KRIVOSHEY, PC**
                                                                                        867 Boylston Street 5th Floor #1520
                                                                                        Boston, MA 02116
                                                                                        Telephone: 617-377-7404
                                                                                        Facsimile: (888) 410-0415
                                                                                        E-Mail: sasha@skclassactions.com

                                                                                        Yeremey O. Krivoshey
                                                                                        (SBN 295032)
                                                                                        (*pro hac vice* granted)

**SMITH KRIVOSHEY, PC**
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

*Counsel for Plaintiff
and the Proposed Classes*

and

*s/ Seth H. Cornell (w/ permission)*
Martin W. Jaszczuk (*pro hac vice*)
Seth H. Corthell (*pro hac vice*)
Akshay Soman (*pro hac vice*)
311 South Wacker Drive, Suite 2150
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
scorthell@jaszczuk.com
asoman@jaszczuk.com

R. Brooks Herrick
Annie S. Myers
**DINSMORE & SHOHL LLP**
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Telephone (502) 540-2300
Facsimile (502) 585-2207
brooks.herrick@dinsmore.com
annie.myers@dinsmore.com

*Counsel for Defendant Humana Inc.*

2